1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15
16
17

BRIDGET MARSHALL,

                              Plaintiff,

                    v.

JO ANNE B. BARNHART, Commissioner of
Social Security,

                              Defendant.

Case No.  C05-5163JKA

MINUTE ORDER SETTING
ORAL ARGUMENT

18
19
20

        The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United

States Magistrate Judge:

21
22
23

        Oral argument in this matter will be held before the Honorable J. Kelley Arnold, U.S. Magistrate

Judge, at **10:45 a.m. on October 5, 2005,** at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington

98402.

24
25

        The foregoing Minute Order entered by _____*/s/ Allyson P. Swan*_____, Deputy Clerk,

this September 15, 2005.

26
27
28