# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIDGET MARSHALL,
                        Plaintiff,

                                                                                                   **JUDGMENT IN A CIVIL CASE**

                        v.

JO ANNE B BARNHART,
                               Defendant.                 CASE NUMBER:  C05-5163JKA

☐    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

√    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

  Court REMANDS the Social Security Administration's final decision for further consideration with the additional direction that it be assigned to a different Administrative Law Judge.


December 23, 2005                                        BRUCE RIFKIN
Date                                                                District Court Executive


                                                                          s/Kelly A Miller
                                                                          By Kelly A Miller, Deputy Clerk