UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIDGET MARSHALL,

            Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

            Defendant.

CASE NO.   C05-5163JKA

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter comes before the court on plaintiff's stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act. Defendant does not oppose the request for fees and costs.

Accordingly, the motion is **GRANTED**. EAJA attorney fees in the amount of $5,624.80 (35.60 hours @ $158/hr), costs in the sum of $271.30 and expenses in the sum of $19.20 should be awarded to Plaintiff's attorney, Jeanette Laffoon, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The clerk is directed to send copies of this Order to counsel of record, and enter judgment in favor of plaintiff.

DATED this 24th day of January, 2006.

                */s/ J. Kelley Arnold*
                J. Kelley Arnold
                U.S. Magistrate Judge

ORDER
Page - 1